1

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

10 | MARTHA J PRINZING,                    Civil No. 3:20-CV-06236-RAJ

11        Plaintiff,

12        vs.                             ~~PROPOSED~~ ORDER

13 | COMMISSIONER OF SOCIAL
14 | SECURITY,

15        Defendant.

16        Based on Defendant's Motion, it is hereby ORDERED that the Answer due date

17   shall be amended as follows:

18        Defendant shall have up to and including April 30, 2021, to file a response to

19   Plaintiff's Complaint, including the certified administrative record. If the certified

20   administrative record becomes available to the Office of the General Counsel before the

21   aforementioned date, the record may be filed earlier, if feasible.

22

23

24

Page 1     ORDER - [3:20-CV-06236-RAJ]

1

2

3

4

      If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion for extension every 28 days until the certified administrative record becomes available.

5

6

      DATED this 2nd day of March, 2021.

7

8

                    *Richard A. Jones*
                                   _____

9

                    The Honorable Richard A. Jones
                    United States District Judge

10

11

12

                    _____

13

14

15

16

17

18

19

20

21

22

23

24

Page 2    ORDER - [3:20-CV-06236-RAJ]