1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
9                                  AT SEATTLE

10   MARTHA J PRINZING,                    |   Civil No. 3:20-CV-06236-RAJ

11        Plaintiff,

12        vs.                              |   ~~PROPOSED~~ ORDER

13   COMMISSIONER OF SOCIAL
     SECURITY,
14

15        Defendant.

16        Based on Defendant's Motion, it is hereby ORDERED that the Answer due date

17   shall be amended as follows:

18        Defendant shall have up to and including May 28, 2021, to file a response to

19   Plaintiff's Complaint, including the certified administrative record. If the certified

20   administrative record becomes available to the Office of the General Counsel before the

21   aforementioned date, the record may be filed earlier, if feasible.

22

23

24

     Page 1 ~~PROPOSED~~ ORDER - [3:20-CV-06236-RAJ]

If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion for extension every 28 days until the certified administrative record becomes available.

DATED this 3rd day of May, 2021.

_____
The Honorable Richard A. Jones
United States District Judge